# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

TANYA STRONG-DAVIS,

Plaintiff,

v.

UNITED ROAD TOWING, INC. et al.,

Defendant(s).

Case No. 18-cv-02426
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

  which ☐ includes         pre–judgment interest.
       ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) United Road Towing, Inc., URT United Road Towing, Inc., E&R Towing, Inc, and URT E&R Towing, Inc.
and against plaintiff Tanya Strong-Davis.
.
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.

Date: 9/30/2020                                    Thomas G. Bruton, Clerk of Court

                                                   Dawn A. Moreno, Deputy Clerk